## UNITED STATES
### v.
## KISCACON, AN INDIAN COMMONLY CALLED "THE CHIPPEWA ROGUE"

### 1805

#### JOURNAL ENTRIES
1. Indictment presented . . . . . . . . *Journal, infra,* \*p. 7

#### PAPERS IN FILE
1. Indictment . . . . . . . . . . . . . *Printed in Vol. 2*
2. Capias . . . . . . . . . . . . . "
3. Alias capias and return . . . . . . . . . "

## ROBERT ABBOTT
### v.
## THOMAS JONES

### 1805

#### JOURNAL ENTRIES
1. Special bail . . . . . . . . . . *Journal, infra,* \*p. 11
2. Leave to take deposition . . . . . . . . . " 12
3. Declaration filed . . . . . . . . . . . " 18
4. Plea filed . . . . . . . . . . . . " 31
5. Jurors . . . . . . . . . . . . . " 53
6. Adjournment . . . . . . . . . . . " 55
7. Verdict . . . . . . . . . . . . " 56
8. Motion for new trial made . . . . . . . . " 78
9. Argument heard . . . . . . . . . . . " 83